IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 11 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| JOHN HARRIS, SR., as Surviving Spouse of EPPIE K. HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> PARKWOOD LIVING CENTER, LLC, <br><br> Defendant. | CASE NO. **1:07-CV-0802** <br><br> SUPERIOR COURT OF GWINNETT COUNTY CIVIL ACTION NO. 07A-02222-8  -JEC |

## NOTICE OF REMOVAL

Notice is hereby given that Parkwood Living Center, LLC ("Defendant"), the sole defendant in the "Complaint for Damages" (the "Complaint") filed by John Harris, Sr., as surviving spouse of Eppie K. Harris ("Plaintiff"), hereby removes to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 that civil action filed in the Superior Court of Gwinnett County, Georgia, styled as <u>John Harris, Sr., as Surviving Spouse of Eppie K. Harris v. Parkwood Living Center, LLC</u>, Civil Action No. 07A-02222-8. In support whereof, Defendant shows this Court as follows:

(a) this Notice of Removal is timely as it has been filed within thirty (30) days of the receipt of the Complaint by service, such Complaint having been served on March 14, 2007;

(b) true copies of all pleadings served by or upon Defendant in the state action are attached to this Notice of Removal as Exhibit "A" and are incorporated herein by reference;

(c) in accordance with 28 U.S.C. § 1446(d), Defendant will give written notice hereof to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Superior Court of Gwinnett County, Georgia;

(d) this Court has jurisdiction in this case pursuant to 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds $75,000.00, exclusive of interest and costs, in that this litigation seeks the recovery of damages for pain and suffering, recovery for funeral and medical expenses, and other damages; and

(e) jurisdiction is further proper because there exists complete diversity of citizenship between Plaintiff and Defendant in that

    (i)  Defendant is a South Carolina limited liability corporation with its principal place of business in Easley, South Carolina; and

    (ii)  Plaintiff is a citizen of the State of Georgia.

**WHEREFORE**, Defendant respectfully requests the following relief:

  (a) that the above-referenced action now pending in the Superior Court of Gwinnett County, Georgia be removed to the United States District Court for the Northern District of Georgia, Atlanta Division;

  (b) that this Court accept jurisdiction of the action;

  (c) that this action be placed on the docket of this Court for further proceedings, the same as though this action had originally been initiated in this Court; and

  (d) that, once docketed, the Court stay this action and compel Plaintiff to arbitrate his claims in accordance with the Agreement To Arbitrate that he signed with Defendant.

Respectfully submitted this 11th day of April, 2007.

>ARNALL GOLDEN GREGORY LLP
>
> *(signature)*
> Glenn P. Hendrix
> Georgia Bar No. 346590
> Jason E. Bring
> Georgia Bar No. 082498
>
> Attorneys for Defendant

171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-8500
Facsimile: (404) 873-8501

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the foregoing NOTICE OF REMOVAL to be served upon all parties to this action by depositing a copy of same in the United States mail, postage prepaid, addressed as follows:

>Macklyn A. Smith, Sr., Esq.
>P.O. Box 742
>Lawrenceville, Georgia 30046

This 11th day of April, 2007.

>/s/ Jason E. Bring
>Jason E. Bring
>Georgia Bar No. 023498

ARNALL GOLDEN GREGORY LLP
171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363
(404) 873-8500
(404) 873-8501 (facsimile)

1093702v1