Civil Action No. _C_7_=_02222_-_6_

Date Filed _3|_|_07_

Attorney's or Plaintiff's Address & Tel #:

Macklyn A. Smith, Sr.

Post Office Box 742

Lawrenceville, Georgia  30046-0742

(770) 963-5716

Name and Address & Tel. # of Party to be Served

PARKWOOD LIVING CENTER, LLC

c/o Registered Agent for Service
C. T. Corporation System

1201 Peachtree Street, N.E.

Atlanta, Georgia  30361

SUPERIOR COURT

MAGISTRATE COURT,
GWINNETT COUNTY, GEORGIA

JOHN HARRIS, SR.,

as Surviving Spouse of EPPIE K. HARRIS,
PLAINTIFF

vs.

PARKWOOD LIVING CENTER, LLC,
DEFENDANT

GARNISHEE

Other attached documents also served: _____

## SHERIFF'S ENTRY OF SERVICE

I HAVE THIS DAY SERVED THE WITHIN ACTION AND SUMMONS AS FOLLOWS:

[ ] PERSONAL  Upon the following named defendant: _____

[ ] NOTORIOUS Upon defendant _____
By leaving a copy of the action and summons at the most notorious place of abode in the county.

Delivered the same to _____ described as follows:
approximate age _____ years; approximate weight _____ pounds; approximate height _____ feet and _____ inches; domiciled at the listed residence of the defendant.

[✓] CORPORATION Upon corporation _Parkwood living Center LLC_

By serving _____, in charge of the office and place of business of the corporation in this county.

By serving _CT Corp System  Cindy Zuick_, its registered agent.

[ ] TACK & MAIL By posting a copy of the same to the door of the premises designated in the affidavit and/or summons, and on the same day of such posting, by depositing a true copy of the same in the United States mail First Class mail, in an envelope properly addressed to the defendant(s) at the address shown in the summons, containing adequate notice to the defendant(s) to answer said summons at the place stated in the summons.

[ ] NON EST Did not serve because after a diligent search the defendant could not be found in the jurisdiction of the court.

This _14th_ day of _March_, 20_07_.

SHERIFF DOCKET _____ PAGE _____

TIME: _____ . M.

_R. Gardalujo #1913_
DEPUTY

FULTON COUNTY, GEORGIA

C:\ Magforms\Forms\MAG 10-10 Sheriff's Entry of Service

A

(Second Original)

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

JOHN HARRIS, SR.,                              *
as Surviving Spouse of
EPPIE K. HARRIS,                               *

            Plaintiff,         *        CIVIL ACTION FILE

vs.                                            *
                          NUMBER $07\text{E} - 02252 - 6$

PARKWOOD LIVING CENTER, LLC.                   *

          Defendant.      *

### SUMMONS

**TO THE ABOVE NAMED DEFENDANT: PARKWOOD LIVING CENTER, LLC.**

You are hereby summoned and required to file with the Clerk of said
Court and serve upon the Plaintiff's attorney, whose name and address is:

Macklyn A. Smith, Sr.
Attorney At Law
Post Office Box 742
223 Perry Street
Lawrenceville, Georgia 30046-0742
(770) 963-5716

An answer to the complaint which is herewith served upon you, within 30 days
after service of this summons upon you, exclusive of the day of service. If you
fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.

This 12th day of March, 2007.

Clerk of Superior Court

By: _Helly Cartmill_
Deputy Clerk

FILED IN OFFICE
CLERK SUPERIOR COURT

IN THE SUPERIOR COURT OF GWINNETT COUNTY GWINNETT COUNTY, GA

STATE OF GEORGIA

2007 MAR 12 PH 1: 32

TOM LAWLER. CLERK

JOHN HARRIS, SR.,
as Surviving Spouse of
EPPIE K. HARRIS,

       ·   Plaintiff,

vs.

PARKWOOD LIVING CENTER, LLC.,

       Defendant.

\*
\*
\*   CIVIL ACTION FILE
\*   NUMBER _____
\*
\*

## COMPLAINT FOR DAMAGES

Comes Now Plaintiff JOHN HARRIS, SR.  and files this his Complaint for
Damages against Defendant PARKWOOD LIVING CENTER, LLC, showing the
Court as follows:

1.

Defendant PARKWOOD LIVING CENTER, LLC. is a foreign corporation,
which operates a business in Gwinnett County, Georgia. The corporation's
registered agent is in Fulton County, Georgia. For the purposes of this action, the
Defendant is subject to the jurisdiction of this Court. Said Defendant may be
served through its Registered Agent for Service as follows: C.T. Corporation
System, 1201 Peachtree Street, N.E., Atlanta, Georgia 30361.

2.

Plaintiff is the surviving spouse of EPPIE K. HARRIS, who was a patient of Defendant at its Snellville Georgia location. This action is brought as a wrongful death action pursuant to Official Code of Georgia Annotated 51-4-1, et seq. based on Medical Malpractice as contemplated by Official Code of Georgia Annotated 51-1-27 and Official Code of Georgia Annotated 9-11-9.1.

3.

Eppie K. Harris was placed in the care of Defendant as a result of her incapability to properly take care of her own personal needs due to a diagnosis of Alzheimer's.

4.

Subsequent to her placement with Defendant, Eppie K. Harris had been visited frequently by her husband and family, and she was a constant source of pleasure to her family including Plaintiff in this case.

5.

On November 30, 2005 the Defendant committed malpractice by failing to provide the standard of care established in the community by failing to provide to Eppie K. Harris the necessary life sustaining care she needed and by not providing proper care that was needed to keep her from sustaining a life threatening injury.

6.

The medical records indicate a lapse of care leading to the fall of Epple K. Harris from a wheelchair fracturing her skull and leading to her eventual death.

7.

Defendant failed to exercise that degree of care and skill required of medical providers under like circumstances and the failure to exercise the appropriate degree of care and skill caused the death of Epple K. Harris.

8.

As well as wrongful death, this is a medical malpractice and negligence action pursuant to Official Code of Georgia Annotated 51-1-27 and Official Code of Georgia Annotated 9-11-9.1. Pursuant to Official Code of Georgia Annotated 9-11-9.1, the affidavit of Plaintiff's expert is attached hereto as Exhibit "1" and its contents are incorporated into this Complaint by reference.

WHEREFORE Plaintiff prays:

a) That process issue and the Defendant be served as provided by law;

b) That he have a trial by jury;

c) That the Plaintiff have judgment against the Defendant for medical and financial damages as well as for the full value of the life of Epple K. Harris as contemplated by Official Code of Georgia Annotated 51-4-1, et seq.;

d) That all costs of this action be cast against Defendant; and

e) That he have such other and further relief as the Court may deem just,

proper and equitable.

Respectfully Submitted:

MACKLYN A. SMITH, SR.
Attorney for Plaintiff
Georgia State Bar Number 661350

Post Office Box 742
Lawrenceville, Georgia 30046-0742
(770) 963-5716

STATE OF GEORGIA

COUNTY OF GWINNETT

## VERIFICATION

PERSONALLY APPEARED, JOHN HARRIS, SR., as surviving spouse of EPPIE K.
HARRIS, who after being duly sworn, deposes and says, on oath, that the
allegations in the foregoing Complaint for Damage are true.

This __8th__ of March, 2007

_John Harris Sr._
JOHN HARRIS, SR.
As Surviving Spouse of EPPIE K. HARRIS

Sworn to and subscribed before me
This __8th__ of March, 2007.

_____
Notary Public
My Commission Expires: __Sept. 12, 2009__

STATE OF GEORGIA
COUNTY OF GWINNETT

## AFFIDAVIT OF JANICE L. RODGERS

1.

Personally appeared before me, the undersigned authority, Janice L. Rodgers, RN, BSN, who, after being duly sworn deposes and says on oath that she is the Affiant of the foregoing Affidavit, that the facts contained therein are true and correct, and the following:

2.

I am over the age of eighteen (18) years of age, suffer no mental disabilities, and freely give this affidavit. This affidavit is given pursuant to the provisions of OCGA 9-11-9.1 and is intended to set forth, specifically, at least one negligent act or omission claimed to exist and the factual basis for such claim. This affidavit is not intended to encompass all opinions which I have formed after review of the records, and it is not intended to encompass opinions which may be formed subsequently, during and as a result of the discovery aspects of this case.

3.

I am a registered nurse licensed to practice in the State of Georgia. I am well-versed in the standard of care for nurses and nursing homes in the state of Georgia. Further, I have contributed to the development of nursing care plans for use in planning, implementing, and evaluating patient care based on current nursing practice and JCAHO and other regulatory mandates. My Curriculum Vitae, outlining my educational and professional background, is attached to this Affidavit as Exhibit "A".



EXHIBIT

1

4.

I have personally reviewed copies of the patient and medical records for Eppie K. Harris while she was a resident at Parkwood Living Center.

5.

Upon review of Mrs. Eppie Harris's medical records, there is an indication that she was not able to attempt to stand, maintain a sitting position or trunk control without assistance, and had problems with an unsteady gait. My review revealed that Mrs. Harris utilized a wheelchair, had a propensity to lean to one side, was administered seizure medications, and that her confusion/mental status was altered, all of which put her at risk for falls. Pertinent additional information documented on the Resident Transfer Form, page two, reflects that Mrs. Harris fell from her wheelchair on the morning of 30 November 2005, with subsequent x-ray results positive for a skull fracture.

6.

It is my opinion within a reasonable degree of medical probability that upon conclusion of the assessment indicating that Mrs. Harris was susceptible to falling with the possibility of consequent injury, interventions and additional measures should have been taken by the Parkwood nurses to assure her safety, including, but not limited to, taking measures to secure her in such a way as to prevent her falling from a wheelchair. Any failure by the nurses at Parkwood Living Center to implement such interventions was a deviation from the established and expected standards of nursing care.

2

7.

Further, it is my opinion within a reasonable degree of medical probability that but for the negligence of the nurses at Parkwood Living Center to consistently and completely identify potential safety factors, risks, and hazards and implement direct and effective safety measures, Mrs. Eppie Harris would not have fallen from her wheelchair and sustained the blunt force trauma to her head on 30 November 2005.

8.

Further, based upon my review of the Dilantin/Phenytoin laboratory result of 30 November 2005, Mrs. Harris's level was sub-therapeutic. It is my opinion Mrs. Harris's sub-therapeutic Dilantin level should have prompted the nurses caring for her to implement more frequent safety checks of her and to take measures to assure that she was secured in her wheelchair in such a way that she did not fall. Had the nurses taken adequate steps to secure Ms. Harris in her wheelchair so as to prevent her from falling and conducted more frequent safety checks on her, it is my opinion that she, more likely than not, would not have fallen from her wheelchair on 30 November 2005 and sustained the blunt force trauma to her head.

9.

It is my opinion that the nurses of Parkwood Living Center deviated from the standard of nursing care by failing to plan and implement effective safety measures for Mrs. Eppie Harris based on their available assessment information, and failed to identify Mrs. Harris's sub-therapeutic Dilantin/Phenytoin level as a factor increasing the likelihood and probability of her sustaining a fall with possible resultant injury. This opinion is given within a reasonable degree

3

of medical probability based upon my review of the medical records available, and my knowledge, education, training, and experience as a registered nurse.

FURTHER AFFIANT SAYETH NOT.

JANICE L. RODGERS, RN, BSN

Sworn to and subscribed before me

this 23 day of February , 2007.

NOTARY PUBLIC
My commission expires: March 08 2009

4

*1*

Janice L. Singleton Rodgers, RN, BSN, CEN
375 Rockbridge Road, NW, Suite #172-312
Lilburn, GA 30047-5870
Office: (770) 717-9346   Fax: (770) 564-2381   Email: [illegible]

## CURRICULUM VITAE

| | |
|---|---|
| **SUMMARY OF EXPERIENCE:** | Thirty (30) years as a registered nurse with concurrent experiences in medical-surgical nursing, surgical nursing, emergency/shock-trauma nursing, home health nursing, and intravenous therapy; three (3) years as an active-duty military nurse. Developed, implemented, and evaluated several orientation programs for newly-assigned nurses; contributed to the review and revisions of nursing standards of care and models for practice; formulated and evaluated numerous patient-teaching aids; developed nursing care plans for use in planning, implementing, and evaluating patient care based on current nursing practice and JCAH(O) and other regulatory mandates. Review, research, and analysis of medical-legal case issues and healthcare claims. |

**PROFESSIONAL EDUCATION:**

| 1986 | BSN | Bowie State University, Bowie, MD 20715 |
|------|-----|------------------------------------------|
| 1976 | ASN | Prince George's Community College, Largo, MD 20784 |
| 2008* | MSN | University of Phoenix, Phoenix, AZ (*completion year projected) |

**PROFESSIONAL EXPERIENCE:**

**2003—Present:**
GEORGIA MEDICAL RESOURCE POOL (GMRP), Duluth, GA 30136
PRN RN STAFF RELIEF
Duties: Providing comprehensive, skilled nursing care to clients in a variety of healthcare settings; assessing, planning, implementing, and evaluating patient care.

**2003—Present:**
CENTRAL HOME HEALTH/AMEDISYS, Lawrenceville, GA
PRN FIELD RN STAFF RELIEF
Duties: Providing comprehensive, skilled home health nursing to patients requiring intermittent assessments, planning, interventions, evaluation, and management of care plans, in accordance with physician directions; teaching and supervising patients, family members, and/or significant others in the implementation and provision for continuity of home care.

**2001—Present:**
INTERIM OCCUPATIONAL HEALTHCARE, INC, Pontiac, MI
PRN RN STAFF RELIEF
Duties: Providing PRN RN staff relief in industrial setting of assembly plant; triage, assessment, planning, intervention, and evaluation of clients with emergent, urgent, and non-urgent occupational and personal healthcare needs.

**1999—Present:**
SALEM MISSIONARY BAPTIST CHURCH, Lilburn, GA 30047
CONGREGATIONAL NURSE: Appointed by Pastor Rev. Dr. Richard B. Haynes
Duties: health liaison between church members and community resources; CPR and First Aid Instructor; assessment, planning, implementation, and evaluation of the congregation's health needs in collaboration with other church ministries and ministerial advisors, including health screenings, newsletter column contributor; member of Foreign Medical/Evangelical Missions Team, providing medical care and evangelism to underserved foreign areas.

**1997—Present:**
GRADY HEALTH SYSTEMS, INC, Atlanta, GA
PRN POOL RN
Duties: Providing PRN RN staff relief for the Emergency Care Center (ECC); triage, assessment, planning, implementation, and evaluation of emergency nursing care for emergent, urgent, and non-urgent clients, with major and minor injuries and illnesses.

Curriculum Vitae: Janice L. Rodgers, RN, BSN, CLNC, part'd

**1996 – 1999:**
UNIVERSITY OF ALABAMA @ JEFFERSON STATE COLLEGE, Birmingham, AL
UNIVERSITY OF SOUTH CAROLINA @ COLUMBIA, Columbia, SC
AUGUSTA UNIVERSITY HOSPITAL, Augusta, GA
MARYMOUNT COLLEGE, Arlington, VA
NAT'L CENTER FOR PARALEGAL TRAINING (NCPT), Atlanta, GA
ADJUNCT FACULTY/NCPT - INSTRUCTOR, LEGAL NURSE CONSULTING COURSE
Duties: Providing introductory instruction re: LNC settings of practice and roles; basic introduction to the
law, and ethics—including Codes and Canons of Ethics, to registered nurses studying to become legal
nurse consultants; providing instruction to LNC students re: organizing a LNC practice. Satellite (out-of-
state) and home (Atlanta) settings..

**1995 – 1998:**
STAFF BUILDERS HOME HEALTH, INC., Duluth, GA 30136
. PRN RN STAFF RELIEF/CPR INSTRUCTOR
Duties: Providing comprehensive, skilled home health nursing to patients requiring intermittent
assessments, planning, interventions, evaluation, and management of care plans, in accordance with
physician directions; teaching and supervising patients, family members, and/or significant others in the
implementation and provision for continuity of home care. CPR Instructor for staff members.

**1993 – 1995:**
COLUMBIA/NORTHLAKE REGIONAL MEDICAL CENTER, Tucker, GA
EMERGENCY ROOM CLINICAL STAFF NURSE—PRN
Duties: PRN RN staff relief for Emergency Room and IV Therapy. Triage; providing nursing
interventions for emergent, urgent, and non-urgent trauma and medical-surgical clients—assessment,
planning/coordinating implementing interventions; through to evaluation/discharge activities; QA
monitor.

**1987 – Present:**
INDEPENDENT HEALTHCARE CONSULTANT
Duties: PRN hospital and home health relief, managing and instructing American Heart Association
Basic Life Support validation and re-validation courses for communities and healthcare providers; review,
research, and analysis of healthcare claims and cases; expert witness consulting—consulting expert and
testifying expert; structural reorganization of non-traditional healthcare settings.

**1992 – 1993:**
(formerly) ABC HOME HEALTH SERVICES, INC, Brunswick, GA
CASE MANAGER/FIELD STAFF RN
Duties: Providing comprehensive skilled nursing care to patients requiring intermittent assessment,
planning, intervention, and evaluation, in accordance with physician directions; teaching and supervising
patients, family members/significant others, and other health team members in implementing and
providing for the continuity of comprehensive home care.

**1991 – Present:**
ATC NURSING SERVICES, INC, Riverdale, GA
STAFF NURSE/INDEPENDENT CONTRACTOR
Duties: Providing comprehensive, skilled nursing care to clients in a variety of healthcare settings;
assessing, planning, implementing, and evaluating patient care.

Curriculum Vitae / Roberta R. NURSE CONSORT

**1988 – 1991:**

UNITED STATES AIR FORCE NURSE CORPS (ACTIVE-DUTY), Moody AFB GA
*Promoted from First Lieutenant to Captain after fifteen (15) months in service; provided state-side support for deployed OPERATION: DESERT STORM troops; received Medal of Commendation with Honorable Discharge.*

ASSISTANT CHARGE NURSE, MULTI-SERVICES NURSING UNIT
Duties: Schedules duty time for nine (9) staff nurses, all shifts; served as orientation preceptor for newly-assigned staff nurses; planned, implemented, directed, coordinated, and evaluated patient care; served as relief charge nurse in her absence; evaluated performances of professional and paraprofessional staff; served as in-house and senior supervisor for evening and night shifts, as appointed by Chief Nurse; provided RN coverage for the Emergency Room during other than normal duty hours.
Accomplishments: Revised and refined existing patient care documentation process; designed and implemented a comprehensive orientation checklist and timetable for six-week orientation of newly-assigned staff nurses; developed checklist and timetable for use in teaching diabetic in-patients; formulated tools for use in after-discharge follow-ups to evaluate home self-management programs for the most-commonly admitted diagnoses; developed and implemented a physicians' TPN/HAL order sheet.

DOCUMENTATION COORDINATOR, HOSPITAL-WIDE – Appointed by Chief Nurse.
Duties: Defined, implemented, coordinated, and evaluated an improved process or documenting patient care in accordance with USAF guidelines and JCAHO mandates; devised a patient care assignment sheet for use in ensuring completion of patient care by shift's end.

CHAIRPERSON, NURSING STANDARDS AND PRACTICES COMMITTEE, HOSPITAL-WIDE – Appointed by Chief Nurse
Duties: Organized, coordinated, and supervised the research, review, revision, and approval of Nursing Services Operating Instructions (OI's); ensured that existing and newly-developed nursing policies, procedures, and practices conformed to USAF guidelines, JCAHO mandates, and state and local requirements for standards of care; fostered interdepartmental communication, collaboration, and cooperation through the involvement of representatives from all nursing areas; reviewed nursing-specific standards of care for format, content, appropriateness, and protocol; monitored, collaboratively with the Nursing Quality Improvement Coordinator/Risk Manager, current and projected nursing standards and trends, for potential risk factors and quality improvement criteria.
Accomplishments: Verbal recognition by Tactical Air Command Nurse for excellence in patient care and documentation, during Air Force Staff Assistance Visit.

**1979 – 1988:**

DISTRICT OF COLUMBIA GENERAL HOSPITAL, Washington, DC
University-affiliated, 500-bed acute care facility
Emergency/Shock-Trauma Facility, Level I
Average daily census: 200-250 clients/day

CLINICAL STAFF NURSE, EMERGENCY/SHOCK-TRAUMA CENTER:
Duties: Triage nurse; assessment, planning, intervention, and evaluation of major shock-trauma and minor trauma victims, and emergent, urgent, and non-urgent medical-surgical clients who presented to the system via other facility transfers, local city, county, and state agencies/facilities/services; effected appropriate referrals to Public Health, substance abuse, and mental health facilities; served as charge nurse in his/her absence.
Accomplishments: Established Emergency Nurses' Journal Club; designed an orientation program for nurses newly-assigned to the Emergency Care Clinic; initiated Trauma-of-Month pathology in-service.

Original Exploded Folders\RESVOIN.rtf

**1982 – 1986:**    THE WASHINGTON HOSPITAL CENTER, Washington, DC
University affiliated, 750-bed acute care facility
Average daily IV census 400-450 patients with indwelling catheters
INTRAVENOUS THERAPIST, RN
Duties: To site, routinely re-site, and monitor IV accesses; to "troubleshoot" peripheral IVs, heparin locks, and A-V shunt heparin locks; manage all hyperalimentation/total parenteral nutrition accesses on medical-surgical, telemetry, ICU/CCU, trauma/burn, oncology, psychiatric, and rehabilitation patients; initiated and monitored transfusions of all blood and blood products; inserted and assessed IV accesses appropriate for use in IV chemotherapy.
Accomplishments: Certification in Intravenous Therapy by NITA

**1978 – 1979:**    DISTRICT OF COLUMBIA RE DEPARTMENT/EMERGENCY AMBULANCE
SERVICES, Washington, DC
RN/EMT
Duties: Ambulance-Crewperson-in-Charge (ACIC) for all field runs; pre-hospital triage, assessment, planning, intervention, evaluation, and transportation of major shock-trauma and minor trauma victims, as well as clients in various stages of medical-surgical emergencies; coordinated field care and transportation closely with local city, and surrounding county and state Emergency Medical Systems, fire departments, law enforcement agencies, and shock-trauma units/centers.

**1976 – 1978:**    CAPITOL HILL HOSPITAL, Washington, DC
160-bed acute care facility
STAFF NURSE, MEDICAL-SURGICAL NURSING UNIT
*Accelerated from graduate nurse to evening shift charge nurse in here (3) months after successfully completing the Maryland State Board of Nursing Examination*
Duties: Assessment, planning, intervention, evaluation, and coordination of patient care on a 30-bed medical-surgical unit.
STAFF RN, EMERGENCY ROOM
Duties: Assessment, planning, intervention, evaluation, and coordination of emergent, urgent, non-urgent patient care; team leader for in-house Code-Blue Response Team.
Accomplishments: Appointed by Director of Nursing to review and advise nursing care plans on all units, on an on-going basis, to maintain existing JCAH documentation standards.

**LICENSURE:**    State of Maryland (inactive)
District of Columbia (inactive)
Commonwealth of Virginia (inactive)
State of Georgia
State of Florida (inactive)
State of Alabama (inactive)
State of North Carolina (inactive)
State of South Carolina (inactive)

**CERTIFICATIONS:**    Certification in Emergency Nursing, Emergency Nurses' Association
Advanced Cardiac Life Support, American Heart Association
Basic Life Support, American Heart Association
Basic Life Support Instructor, American Heart Association

**REFERENCES:**    Available on request