UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN HARRIS, SR., as Surviving Spouse of Eppie K. Harris,<br>    Plaintiff,<br><br>vs.<br><br>PARKWOOD LIVING CENTER, LLC.<br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:07-CV-802-JEC |

## J U D G M E N T

This action having come before the court, Honorable Julie E. Carnes, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, **DISMISSED**.

Dated at Atlanta, Georgia, this 24th day of May, 2007.

                JAMES N. HATTEN
                CLERK OF COURT

            By: *s/ Robin T. Holiday*
               Robin T. Holiday, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 25, 2007
James N. Hatten
Clerk of Court


By: *s/ Robin T. Holiday*
   Deputy Clerk